# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TAMMY SHIVE-AYALA,

     Plaintiff,

  vs.

WAYNE PACELLE, MARTY IRBY, and
ANIMAL WELLNESS ACTION
FOUNDATION,

     Defendants.

Case No. 21-cv-00704

## DEFENDANTS' MOTION SEEKING ORDER TO SHOW CAUSE AND FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 11, Defendants Wayne Pacelle, Marty Irby and Animal Wellness Action (incorrectly designated as Animal Wellness Action Foundation), by their attorneys Laffey, Leitner & Goode LLC and Husch Blackwell, LLP, move the Court, the Honorable Richard J. Leon presiding, to sanction Plaintiff Tammy Shive-Ayala and the law firm McFadden & Shoreman, LLC and its attorneys of record, by dismissing this lawsuit and awarding defendants their attorneys' fees and costs in defending this case, or alternatively, to order the plaintiff and her counsel to show cause as to why their conduct does not violate Fed. R. Civ. P. 11(b)(3).

Defendants' motion is supported by Defendants' Statement of Points and Authorities in Support of Motion Seeking Order to Show Cause and For Sanctions Pursuant to Federal Rule of Civil Procedure 11, the Declaration of Scott Edwards, and the Declaration of Joseph S. Goode filed contemporaneously herewith, along with all other pleadings and materials of record.

Dated this 8th day of October, 2021.

          *s/ Joseph S. Goode*
          Joseph S. Goode
          Mark M. Leitner
          LAFFEY, LEITNER & GOODE LLC
          325 E. Chicago Street
          Suite 200
          Milwaukee, WI 53202
          (414) 312-7003 (telephone)
          (414) 755-7089 (facsimile)
          jgoode@llgmke.com
          mleitner@llgmke.com

          *Attorneys for Defendants Wayne Pacelle, Marty Irby, and Animal Wellness Action Foundation*

Hal J. Perloff
HUSCH BLACKWELL, LLP
750 17th Street, N.W.
Suite 900
Washington, DC 20006-4675
(202) 378-2300 (telephone)
(202) 378-2319 (facsimile)
hal.perloff@huschblackwell.com