UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAMMY SHIVE-AYALA,** )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>**WAYNE PACELLE, MARTY IRBY, and** )<br>**and ANIMAL WELLNESS ACTION** )<br>**FOUNDATION,** )<br>        Defendants. )<br>_____ ) | Case No. 21-cv-00704-RJL |

**CONSENT MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11**

COMES NOW, Plaintiff, Tammy Shive-Ayala, through counsel, and respectfully requests an extending Plaintiff's deadline to file her Response to Defendants Wayne Pacelle, Marty Irby and Animal Wellness Action's Motion for Sanctions Pursuant to Rule 11. (ECF No. 16). Plaintiff has conferred with counsel for Defendants and they are not opposed.

In support of this Motion, Plaintiff states:

1. On March 16, 2021, Plaintiff filed her Complaint. (ECF No. 1).

2. On June 11, 2021, Defendants filed their Motion to Dismiss or for Summary Judgment. (ECF No. 9).

3. On October 8, 2021, Defendants filed their Motion for Order to Show Cause and for Sanctions Pursuant to Rule 11. (ECF No. 16).

4. Local Rule (47) affords Plaintiff fourteen days to respond to a motion, placing Plaintiff's date to respond to the motion on October 22, 2021.

5. Plaintiff's counsel has been working to assist with preparation for a trial calendared in the Northern District of Georgia.

6. Plaintiff's counsel anticipates responding to all pending motions with the care and

-2-

diligence that this Court and the client expects and is respectfully requesting an additional seven days in order to do so.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests, for good cause shown, that this Court enter an Order Granting this Motion, extending the Deadline for Plaintiff to respond to Defendants' Motion for Order to Show Cause and for Sanctions Pursuant to Rule 11 from October 22, 2021, through October 29, 2021. A proposed order is attached for the Court's convenience.

                                                            */s/ John Shoreman*
                                                            John Shoreman
                                                            D.C. Bar No. 407626

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue NW
Washington, DC 20036
Tel. (202) 772-3188
Fax (202) 204-8610
jmshoreman@verizon.net
*Counsel for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy the foregoing pleading upon all parties to this matter by filing with the clerk of court, who will transmit the documents via the court's electronic court filing system.

Done this 19th day of October 2021.

*/s/ John Shoreman*
John M. Shoreman (#407626)