UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAMMY SHIVE-AYALA,                )
                                  )
         Plaintiff,               )
                                  )
    v.                            )   Civil Case No. 21-704 (RJL)
                                  )
PACELLE, et al.,                  )
                                  )
         Defendants.              )

**ORDER**
(March 15, 2022) [Dkts. #9, 16]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' Motion to Dismiss Plaintiff's Complaint [Dkt. #9] is **GRANTED**; it is further

**ORDERED** that defendants' Motion for Sanctions [Dkt. #16] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

1